UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATSY LEE WEST, | ) |
| Plaintiff, | ) ) ) |
| | ) Case: 1:16-cv-00624  Jury Demand |
| v. | ) Assigned To : Unassigned |
| | ) Assign. Date : 4/1/2016 |
| CLERK OF SUPERIOR COURT, | ) Description: Pro Se Gen. Civ.  (F Deck) |
| | ) |
| Defendant. | ) |

## MEMORANDUM OPINION

This matter is before the Court on plaintiff's application to proceed *in forma pauperis* and her *pro se* civil complaint. The application will be granted, and the complaint will be dismissed without prejudice.

Plaintiff is "seeking restitution as a legal heir [of Van Newkirk] and of the alleged debt [Duplin County, North Carolina] has place[d] upon [her]." Compl. at 1. Federal district courts have jurisdiction in civil actions arising under the Constitution, laws or treaties of the United States. *See* 28 U.S.C. § 1331. In addition, federal district courts have jurisdiction over civil actions where the matter in controversy exceeds $75,000, and the suit is between citizens of different states. *See* 28 U.S.C. § 1332(a). The complaint does not set forth a constitutional or statutory basis for plaintiff's claims, it is not apparent that this action arises under the United States Constitution or federal law. Because the complaint does not demand damages in excess of $75,000 and because all the parties appear to reside in North Carolina, plaintiff does not demonstrate diversity of citizenship. Accordingly, the complaint will be dismissed for lack of subject matter jurisdiction.

An Order consistent with this Memorandum Opinion is issued separately.

DATE: 3\30\16

_____
United States District Judge